IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Select Portfolio Servicing, Inc.,           Case No. 3:7cv242

        Plaintiff

    v.                                              ORDER

Kimberly M. Spielman, et al.,

        Defendant

This is a foreclosure case which has been referred to United States Magistrate Judge for Report and Recommendation.

The Magistrate Judge having filed her Report and Recommendation, to which the defendants have not filed an objection, and which I have reviewed *de novo*, and which I find well-taken on the merits for the reasons stated in the Report and Recommendation, which is incorporated herein by reference as the opinion of the undersigned, it is hereby

ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of this Court.

So ordered.

                                                         s/James G. Carr
                                                         James G. Carr
                                                         Chief Judge